IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA. <br>     Plaintiffs, <br> v. <br> OCTAVIO FLORES, <br>     Defendant. | Case No. 22-cv-0395-JFH-JFJ |

## MINUTE ORDER

At the direction of John F. Heil, III, Chief District Judge, notice is hereby given that the claims against Defendant Octavio Flores will be dismissed for lack of prosecution if no action is taken by January 26, 2023. *Stanley v. Cont'l Oil Co.*, 536 F.2d 914, 917 (10th Cir. 1976) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an "inherent power," governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.").

Dated this 27th day of December 2022.

Mark. McCartt,
Clerk of Court, United States District Court

  /s/   P. Lynn
By: P. Lynn, Deputy Clerk